316

935 A.2d 1273

COMMONWEALTH of Pennsylvania, Appellant,

v.

David TAYLOR, Appellee.

Supreme Court of Pennsylvania.

Argued Oct. 15, 2007.

Decided Nov. 8, 2007.

## *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.